Merrimack, }
June, 1898. }

### HODGMAN *v.* CONCORD.

Where injury is occasioned to an adjoining estate by a change of the grade
of a highway, the owner's right of action is complete when such change is
made, and is not affected by his conveyance of the premises prior to the
filing of a petition for the assessment of damages.

PETITION, under P. S., *c.* 73, *ss.* 24, 25, for the assessment of
damages caused by a change of the grade of a highway. Facts
found by the court. The plaintiff owned the premises at the
time the grade was changed, but conveyed them without reser-
vation to a third party before the petition was filed. The court
referred the petition to the county commissioners, and the de-
fendants excepted.

*Albin, Martin & Howe,* for the plaintiff.

*Sargent, Hollis & Niles,* for the defendants.

PIKE, J. The injury for which the plaintiff seeks damages
was complete when the change of grade was made, and he was
then entitled to compensation for the defendants' act. His right
of action was not affected by the conveyance of the premises.

*Boynton* v. *Railroad*, 4 Cush. 467, 469; *Moore* v. *Boston*, 8 Cush. 274; *New York & New England R. R.* v. *Drury*, 133 Mass. 167, 169; *Bean* v. *Warner*, 38 N. H. 247.

*Exception overruled.*

PARSONS, J., did not sit: the others concurred.